**Harold SMITH, Plaintiff—Appellant,**

v.

**STEVE Associate Warden; Frank Spoon, Factory Manager; Jerry Dempsey, Foreman; FNU Monroe, Foreman; Ricky Gault, Foreman; Elmore Butch Harris, Assistant Safety Manager; John Doe, Property Owner, Defendants—Appellees.**

No. 05–6473.

United States Court of Appeals, Fourth Circuit.

Submitted July 27, 2005.

Decided Aug. 4, 2005.

Harold Smith, Appellant Pro Se. Barbara Murcier Bowens, Office of the United States Attorney, Columbia, South Carolina, for Appellees.

Before KING, GREGORY, and SHEDD, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Harold Smith seeks to appeal the district court's order denying relief on the claims as to some, but not all, defendants in Smith's *Bivens* * action. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2000); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Smith seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED*

---

* *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics,* 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971).